No. D–2210. IN RE DISBARMENT OF SIMMONS. Thomas M. Simmons, of Boston, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 00M31. WALDEN v. UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 00M32. EVANS v. ROCKFORD SCHOOL DISTRICT ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 99–1571. TRAFFIX DEVICES, INC. v. MARKETING DISPLAYS, INC. C. A. 6th Cir. [Certiorari granted, 530 U. S. 1260.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 99–1702. TEXAS v. COBB. Ct. Crim. App. Tex. [Certiorari granted, 530 U. S. 1260.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 99–1792. DIRECTOR OF REVENUE OF MISSOURI v. COBANK ACB, AS SUCCESSOR TO THE NATIONAL BANK FOR COOPERATIVES. Sup. Ct. Mo. [Certiorari granted, 530 U. S. 1260.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 99–1864. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. v. CROMARTIE ET AL.; and
No. 99–1865. SMALLWOOD ET AL. v. CROMARTIE ET AL. D. C. E. D. N. C. [Probable jurisdiction noted, 530 U. S. 1260.] Motion of the Smallwood appellants for divided argument granted.

No. 99–9866. AMIRI v. QURESHI. Ct. App. D. C. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 802] denied.

No. 00–5382. IN RE VENERI. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 810] denied.